UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DIANA MEY, individually and on
Behalf of all others similarly situated;

     Plaintiff,

vs.                                       Case No. 2:15-cv-463-FtM-99MRM

ENTERPRISE FINANCIAL GROUP,
INC. NATIONAL REPAIR
PROTECTION, LLC and TODD
BEIKMANN,

     Defendants.                         /

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS         related to the pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

\_\_X\_\_ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 19th, 2016, we electronically filed the foregoing by using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record on the attached Service List.

By: */s/ George H. Knott*_____
George H. Knott
Florida Bar No. 0375918
Asher E. Knipe
Florida Bar No.  0063951
KNOTT EBELINI HART
*Attorneys for Defendant, Beikmann*
1625 Hendry Street, Suite 301
Fort Myers, FL 33901
239-334-2722 Telephone
239-334-2801 Facsimile
gknott@knott-law.com
rlampley@knott-law.com
aknipe@knott-law.com
jpearsey@knott-law.com

## **SERVICE LIST**

Bart F. Higgins, Esq.
James D. Shields, Esq.
*Shields Legal Group*
16301 Quorum Drive, Suite 250B
Addison, TX  75001
Email: bhiggins@shieldslegal.com
Email: jshields@shieldslegal.com


Beth-Ann E. Krimsky, Esq.
Lawren A. Zann, Esq.
*Greenspoon Marder, P.A.*
200 E. Broward Blvd., Suite 1800
Ft. Lauderdale, FL  33301
Email: beth-ann.krimsky@gmlaw.com
Email: lawren.zann@gmlaw.com


Edward A. Broderick, Esq.
Anthony Paronich, Esq.
*Broderick & Paronich, P.C.*
99 High St., Suite 304
Boston, MA  02110
Email: ted@broderick-law.com
Email: Anthony@broderick-law.com


Alicia E. Hwang, Esq.
Stewart R. Pollock, Esq.
Eve-Lynn J. Rapp, Esq.
*Edelson, P.C.*
350 N. LaSalle, Suite 1300
Chicago, IL  60654-5125
Email: ahwang@edelson.com
Email : spollock@edelson.com
Email: erapp@edelson.com