UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DIANA MEY, individually and on behalf of
all others similarly situated

    Plaintiff,

v.                                            Case No:   2:15-cv-463-FtM-99MRM

ENTERPRISE FINANCIAL GROUP, INC.,
NATIONAL REPAIR PROTECTION, LLC
and TODD BEIKMANN,

    Defendants.
_____/

## **ORDER**

Pending before the Court is the Motion for Pro Hac Vice (Doc. 73) filed on November 18, 2016.  Katherine D. Hoke requests that she be permitted to appear specially for Defendant, Enterprise Financial Group, Inc.  The Court will allow Katherine D. Hoke to appear specially.

**IT IS HEREBY ORDERED:**

1)     The Motion for Pro Hac Vice (Doc. 73) is hereby **GRANTED**.

2)     Unless already completed, within fourteen (14) days from the date of this Order, Attorney Katherine D. Hoke shall send to the Clerk's Office, the application for special admission to practice found on the Middle District of Florida's website (www.flmd.uscourts.gov) along with the required application fee.

3)     The Clerk is directed to add Katherine D. Hoke to the service list.

4)     Within fourteen (14) days from the date of this Order, Counsel shall register for CM/ECF.  Failure to register may cause the Court to revoke its permission to appear specially.

**DONE AND ORDERED** in Fort Myers, Florida on November 21, 2016.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties