# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**DIANA MEY, individually and on behalf of all others similarly situated,**

        **Plaintiff,**

v.                                                        Case No. 15-cv-00463-UA-MRM FtM-29

**ENTERPRISE FINANCIAL GROUP, INC., a Texas Corporation and NATIONAL REPAIR PROTECTION, LLC, a Florida limited liability company,**

        **Defendant(s).**

_____

**REPORT ON STATUS OF SETTLEMENT PURSUANT TO COURT ORDER (Dkt, 102)**

Pursuant to the Court's order issued by this Court on May 2, 2017, (Docket Entry No. 102), the Parties have reached a settlement and are filing their Stipulation of Dismissal today.

Dated: May 9, 2017

    Respectfully Submitted,

    DIANA MEY, individually and on behalf of Class of similarly situated individuals,

    /s/ *Edward A. Broderick*
    Edward A. Broderick
    Anthony Paronich
    Broderick & Paronich, P.C.
    99 High St., Suite 304
    Boston, MA 02110
    (508) 221-1510
    anthony@broderick-law.com
    *Pro Hac Vice*

    Scott D. Owens
    SCOTT D. OWENS, P.A.
    3800 S. Ocean Dr., Ste. 235
    Hollywood, FL 33019

Tel: 954-589-0588
scott@scottdowens.com


Matthew P. McCue, Esq.
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, MA 01760
(508) 655-1415
(508) 319-3077 facsimile
mmccue@massattorneys.net
*Pro Hac Vice*


Respectfully submitted,

**GREENSPOON MARDER P.A.**

*/s/ Lawren A. Zann*
Beth-Ann E. Krimsky
Florida Bar No. 968412
beth-ann.krimsky@gmlaw.com
Lawren A. Zann
Florida Bar No. 42997
lawren.zann@gmlaw.com
200 East Broward Blvd, Suite 1800
Fort Lauderdale, FL 33301
Tel: (954) 527-2427
Fax: (954) 333-4027


**CERTIFICATE OF SERVICE**

    I hereby certify that on May 9, 2017 I have served a copy of the above and foregoing by filing this document in the Court's ECF CM/ECF system, which will transmit the same to the parties.

/s/ *Edward A. Broderick*
Edward A. Broderick

2