UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DIANA MEY, individually and on behalf of all others similarly situated,

Plaintiff,

v. Case No: 2:15-cv-463-FtM-99MRM

ENTERPRISE FINANCIAL GROUP, INC., a Texas corporation and NATIONAL REPAIR PROTECTION, LLC, a Florida limited liability company,

Defendants.

---

**ORDER**

This matter comes before the Court on plaintiff and defendant Enterprise Financial Group, Inc.'s Stipulation of Dismissal With Prejudice (Doc. #104) filed on May 9, 2017. The parties have reached an agreement for the dismissal of the case and state that the Stipulation "disposes of the entire action." Normally, a case is deemed dismissed upon the filing of such a stipulation, Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012), however plaintiff does not explicitly and voluntarily dismiss defendant National Repair Protection, LLC[1], and this defendant did not join the stipulation.

---

[1] A Clerk's Entry of Default was issued on November 8, 2016.

On January 5, 2017, plaintiff was provided an extension of time to file a Motion for Default Judgment against defendant National Repair Protection, LLC to 30 days "after entry of any order resolving all motions for summary judgment or thirty (30) days after expiration of the dispositive motion filing deadline if no motion for summary judgment is filed." (Doc. #90.) The current dispositive motion deadline is October 5, 2017. (Doc. #88.) In light of the stipulation for dismissal, and assuming plaintiff will continue the case against National Repair Protection, LLC, the time period to file a motion for default judgment will be shortened.

Accordingly, it is hereby

**ORDERED:**

1. Based on plaintiff and Defendant Enterprise Financial Group, Inc.'s Stipulation of Dismissal With Prejudice (Doc. #104), the case is deemed dismissed as to defendant Enterprise Financial Group, Inc. and the Clerk shall terminate all deadlines and this defendant on the docket.
2. Plaintiff shall file a motion for default judgment, or a notice of voluntary dismissal, within **TWENTY-ONE (21) DAYS** of this Order. The failure to exercise one of these two

(Doc. #70.)

options will result in the closure of the case for failure to prosecute and without further notice.

**DONE and ORDERED** at Fort Myers, Florida, this 10th day of May, 2017.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record